SMITH *v.* GERRELL *et al.*

HILL, J. No error is assigned on any ruling of the court made on the trial of the case. The motion for new trial was on the usual general grounds. The verdict was supported by the evidence, and the court did not err in overruling the motion for new trial.

*Judgment affirmed. All the Justices concur.*

No. 1931. DECEMBER 16, 1920.

Equitable petition. Before Judge J. B. Jones. White superior court. January 31, 1920.

*C. H. Edwards* and *T. F. Underwood,* for plaintiff in error.

*W. A. Charters* and *Underwood & Henderson,* contra.